FILED
2021 Mar-19  PM 12:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

ELECTRONICALLY FILED
12/21/2020 2:17 PM
01-CV-2020-904296.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>01-CV-2020-904296.00<br><br>Date of Filing:<br>12/21/2020 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### JOWANNA ETHERIDGE v. BELK, INC.

**First Plaintiff:** ☐ Business  ☑ Individual  **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other      ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☑ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS  (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
     Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/
     Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ EPFA - Elder Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING      A ☐ APPEAL FROM
                        DISTRICT COURT                    O ☐ OTHER

        R ☐ REMANDED      T ☐ TRANSFERRED FROM
                        OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   **Note:** Checking "Yes" does not constitute a demand for a
                                   jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
    CAR234                12/21/2020 2:17:57 PM        /s/ ANNA MAURINE CARROLL
                     Date                   Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**     ☑ YES ☐ NO  ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**     ☐ YES ☐ NO

ELECTRONICALLY FILED
12/21/2020 2:17 PM
01-CV-2020-904296.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**

| | |
|---|---|
| **JOWANNA ETHERIDGE,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO.:** |
| ) | |
| **BELK, INC.,** ) | |
| **FICTITIOUS PARTIES "1-15,"** ) | |
| ) | |
| **DEFENDANTS.** ) | |

There may be other entities whose true names and identities are unknown to the Plaintiff at this time who may be legally responsible for the claim(s) set forth herein who may be added by amendment by the Plaintiff when their true names and identities are accurately ascertained by further discovery. Until that time, the Plaintiff will designate these parties in accordance with ARCP 9(h). The word entity as used herein is intended to refer to and include any and all forms of individuals, partnerships, any and all types of corporations and unincorporated associations. The symbol by which these party defendants are designated is intended to include more than one in the event that discovery reveals that the descriptive characterization of the symbol applies to more than one "entity." In the present action, the party defendants which the Plaintiff must include by descriptive characterization are as follows: **FICTITIOUS DEFENDANT NO. 1:** the proper legal designation for Defendant Belk, Inc.; **FICTITIOUS DEFENDANT NO. 2-3:** the proper legal designation for the entity which owns and/or operates a business known as Belk, Inc. in Birmingham, Alabama; **FICTITIOUS DEFENDANTS NO. 4-6:** whether singular or plural being that person or persons responsible for hiring, training, and/or supervising employees of any fictitious or named defendant prior to and on the occasion of the incident made the basis of this lawsuit; **FICTITIOUS DEFENDANTS NO. 7-9:**  whether singular or plural being that individual(s), entity or entities who or which were responsible for maintaining a safe and clean environment in the business on the occasion of the incident made the basis of this lawsuit; **FICTITIOUS DEFENDANTS NO. 10-12:** whether singular or plural being those persons, corporations or other legal entities, who owned, leased, rented or otherwise controlled the premises on which the plaintiff was injured on the occasion of the incident made the basis of this lawsuit; **FICTITIOUS DEFENDANTS  NO. 13-15:** whether singular or plural being those persons, corporations or other legal entities who were acting individually or by and through their agents, servants or employees, whose negligence and/or wantonness proximately caused or contributed to the personal injuries and damages to the plaintiff on the occasion of the incident made the basis of this lawsuit. Plaintiff avers that the identities of all the foregoing fictitious party defendants are otherwise unknown to the Plaintiff at this time, or, if their names are known to the Plaintiff at this time, their identities as proper party Defendants are not known at this time, but whose true and correct names will be substituted when ascertained.

## COMPLAINT

## PARTIES

1.      Plaintiff JoWanna Etheridge is an individual over nineteen (19) years of age. At all times relevant to this Complaint, she was a resident of Jefferson County, Alabama.

2.      Defendant Belk, Inc. is a company incorporated in Delaware and operating a business in Jefferson County, Alabama.  The business at issue is located at the address: 221 Summit Blvd, Birmingham, AL 35243.

3.      Fictitious Defendants 1 through 15, whether singular or plural, are individuals and entities that participated in the conduct that led to JoWanna Etheridge's injuries.

## FACTS

4.      On or about September 5, 2019, the Plaintiff was shopping at the Belk store located at The Summit - 221 Summit Blvd, Birmingham, Alabama.

5.      Plaintiff asked an associate at a perfume counter where the restrooms were located. The associate gave the Plaintiff directions to the restrooms. Plaintiff walked in the designated aisles, not on carpet, to reach the restrooms. She turned a corner and her hand immediately smacked into the lower section of children's clothing rack that was protruding in the aisle. The force of her hand hitting the rack caused Plaintiff to fall to the ground on her knees, bruising her right hand, tearing her right rotator cuff and her left meniscus.  Plaintiff got up, went to the restrooms to compose herself, and reported the incident to Belk employee Carol Proctor.

6.      Plaintiff has required injections, surgery, and physical therapy three times a week for several months.

7.      Plaintiff's injuries are permanent and impact many aspects of her personal and

2

professional life.  She has suffered and continues to suffer, physical injuries, medical expenses,

lost wages, lost future wages, pain and suffering, mental anguish, reduced mobility in her dominant

hand and loss of strength in her dominant hand.

### COUNT I – NEGLIGENCE AND WANTONNESS
### (duty to remedy, duty to warn, duty to inspect, train and supervise)

8.      Plaintiff adopts all previous Paragraphs and further avers as follows:

9.      Defendants owed a duty to provide a safe environment for the Plaintiff while she

was an invitee in the store.

10.      Defendants knew the clothing rack protruding in the aisle was below eye level and

would not be obvious to customers shopping in the store.

11.      The dangerous condition which caused Plaintiff's injuries was under the exclusive

control of the Defendants and/or was caused by the Defendants.

12.      The Defendants had knowledge of the danger and did not immediately remedy the

hazard.

13.      The Defendants had knowledge of the danger and took no steps to warn invitees of

the hazard.

14.      Defendants knew or, by the exercise of reasonable care, should have known of the

dangerous condition and should have realized that it posed an unreasonable risk of harm to

customers shopping on their premises.  Defendants should have expected that customers shopping

on their premises would not discover or realize that the protruding clothing rack was dangerous

and/or would fail to protect themselves against the hazard.   Defendants failed to exercise

reasonable care to protect persons against the hazard - either by immediately remedying the hazard

or by warning customers of the hazard.  Defendants were also wanton in their failure to exercise

reasonable care to remedy the hazard and to warn customers of the hazard.

15.     At all times pertinent hereto, Defendants failed to exercise reasonable care to inspect for hazardous conditions involving their displays, or to take adequate steps to remedy or warn people of the dangerous and hazardous conditions involving their displays.  The protrusion of a clothing rack into an aisle used primarily for customers to walk through the store would not ordinarily occur in the absence of negligence and/or wantonness.  The Defendants were also wanton in their failure to adequately inspect for hazards.

16.     At all times pertinent hereto, Defendants failed to adequately train their employees on how to handle hazards on the premises.  The protruding clothing rack would not normally occur in the absence of negligent and/or wanton training of employees.

17.     At all times pertinent hereto, Defendants failed to adequately supervise their employees. The clothing rack protruding below eye level would not normally occur in the absence of negligent and/or wanton supervision of employees.

18.     As the direct and proximate result of Defendants' negligence and/or wantonness, Plaintiff suffered significant injuries which are permanent.  She will continue to suffer these injuries in the future.

WHEREFORE Plaintiff demands judgment against Defendants, separately and severally, in such sums of compensatory and punitive damages as a jury may assess after a full and fair consideration of the facts.

Respectfully submitted:  December 21, 2020

/s/ Anna M. Carroll
Anna M. Carroll [CAR234]
Erik S. Heninger [HEN068]
Attorneys for Plaintiff

*Of Counsel:*

HENINGER GARRISON DAVIS, LLC

4

2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
acarroll@hgdlawfirm.com
erik@hgdlawfirm.com

## **JURY DEMAND**

Plaintiff demands trial by struck jury on all issues raised herein.

/s/*Anna M. Carroll*
Anna M. Carroll [CAR234]
Attorney for Plaintiff

**TO BE SERVED VIA CERTIFIED MAIL WITH DISCOVERY:**

Defendant's Address:
Belk, Inc.
c/o National Registered Agents Inc
2 North Jackson ST, Ste. 605
Montgomery, AL 36104

ELECTRONICALLY FILED
12/21/2020 2:17 PM
01-CV-2020-904296.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**

| | | |
|---|---|---|
| **JOWANNA ETHERIDGE,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | |
| **BELK, INC.,** | ) | |
| **FICTITIOUS PARTIES "1-15,"** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**PLAINTIFF'S FIRST INTERROGATORIES,
REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSION TO
DEFENDANT BELK, INC.**

COMES NOW the Plaintiff in the above-styled cause and pursuant to Rules 33 and 34 of

the ALABAMA RULES OF CIVIL PROCEDURE, propounds the following Interrogatories,

Requests for Production, and Requests for Admission to Defendant Belk, Inc., to be answered

within the time and manner prescribed by law:

DEFINITIONS AND INSTRUCTIONS

For the purpose of these interrogatories the term "identify," when used in respect to an
individual, means to state the individual's name, address, employer, and job title, and "identify,"
when used in respect to an entity, means to state the entity's name and address.

"You" and "your" are defined to include the named Defendant, and all of its present or
former agents or employees; all of its attorneys; and all other persons acting or purporting to act
on behalf of the Defendant to whom this discovery is directed.

As used in these interrogatories, the term "document" means without limitation, the
following items, whether printed, recorded, or reproduced by any other mechanical process or
produced by hand: Agreements, communications, state and federal government hearings and
reports, correspondence, telegrams, memoranda, summaries or records of personal conversations
or interviews, diaries, graphs, reports, notebooks, note charts, plans, drawings, sketches, maps,
summaries or reports of meetings or conferences, summaries of reports of investigations of
negotiations, opinions or reports of consultants, photographs, motion picture film, brochures,
pamphlets, advertisements, circulars, press releases, drafts, letters, any marginal comments
appearing on any documents, and any and all other writings in the possession of the Defendant, or

1

subject to your custody and control, whether they are in your possession or in the possession of your attorney(s) or your representative(s) or in any of your offices.

NOTE: These Interrogatories and Requests for Production of Documents should be deemed continuing in nature, and Plaintiff requests that you update your responses periodically to reflect any information obtained after your initial responses are made.

Please be advised that in any event you attempt to call witnesses or present as evidence any persons or documents which have not been properly identified by you, Counsel for the Plaintiff shall strenuously object.

If any Interrogatory or Requests for Production cannot be answered fully and completely, the portion or portions which cannot be answered are to be identified and the reasons for such portion or portions cannot be answered are to be set forth and the remainder of the Interrogatory or Requests for Production is to be answered.

The answers to these Interrogatories shall be signed under oath by the named Defendant making them.

## **INTERROGATORIES**

1.     Please state whether this defendant has been properly designated by name as party defendant to this lawsuit.  If not, please state the correct and proper designation of this defendant.

**Response:**

2.     State the name, address, title and duties of the person answering these interrogatories and the place where the interrogatories were answered.

**Response:**

3.     Identify all persons who worked or were scheduled to work at the subject Store on September 5, 2019.

**Response:**

4.     Do you contend or have any knowledge whatsoever that anyone other than the named defendant in this case had any connection or relationship with the occurrence made the basis of Plaintiff's complaint?  If so, please state the name and address of each such person or entity, and the nature of their connection with or relationship to said occurrence.

**Response:**

5.      State the name, addresses and phone numbers of each and every person who may have knowledge of the facts and allegations contained in Plaintiff's complaint, and as to each such person, set forth completely and in detail the knowledge of each.

**Response:**

6.      State how you learned of JoWanna Etheridge's fall on September 5, 2019 and what you did in response.

**Response:**

7.      Please identify every person you or your attorneys have interviewed and every statement you have taken or received in this case by stating the name of the person and the date the interview or statement was taken.

**Response:**

8.      Does this Defendant periodically check/inspect, or require others to check/inspect, the condition of the Store? If so, please identify the following:

        a.      how often are these checks performed;

        b.      identify the individual(s) who perform this task;

        c.      state whether such task is recorded in writing;

        d.      what is expected of person(s) undertaking these tasks.

**Response:**

9.      Identify the individual(s) responsible for setting up the clothing rack/display that is the subject of the Complaint.

**Response:**

10.     the individual who was responsible for moving the clothing rack back to its original

position after Plaintiff was injured.

**Response:**

11.     State what efforts were made to obtain surveillance footage of the area where the Plaintiff was injured.

**Response:**

## **REQUESTS FOR PRODUCTION**

1.     All policies and procedures concerning safety, warnings and or hazard prevention of any type that would have governed the operation of the Store on September 5, 2019.

**Response:**

2.     All videos and/or photographs of the Store taken on September 5, 2019.

**Response:**

3.     All documents showing the location of surveillance footage in the Store.

**Response:**

4.     All investigations or inquiries, however designated, done after you learned of the Plaintiff's injuries.

**Response:**

5.     Any documents referenced in this Defendant's answers to interrogatories.

**Response:**

6.     All communications with the Plaintiffs, their family, or their representatives.

**Response:**

7.     All communications with any other person or entity in connection with the injuries the Plaintiff suffered or the allegations contained in the Complaint.

**Response:**

8.      All documentation of any inspection done on the Store by this Defendant, its agents or employees or by a third party from June 1, 2019 – September 5, 2019.

**Response:**

9.      All employee manuals or training materials used by the Store.

**Response:**

10.     All manuals, instructions, or materials used by the Store directing how displays should be arranged

**Response:**

11.     All complaints or concerns from any invitee, employee or other individual concerning the conditions around the Store from June 1, 2019 – September 5, 2019.

**Response:**

12.     Any incident report or other communication or document which concerns any injury that has occurred at the Store from January 1, 2019 – October 31, 2019.

**Response:**

13.     A copy of the declarations page for all insurance policies which may provide coverage for the allegations contained in the Complaint.

**Response:**

## <u>REQUESTS FOR ADMISSION</u>

1.      Admit there were no signs located anywhere in the Store to warn of protruding clothing racks.

**Answer:**

2.      Admit that this Defendant was aware of protruding clothing racks prior to Plaintiff's injury.

**Answer:**

3.       Admit that on September 5, 2019 the Plaintiff suffered an injury in your Store.

**Answer:**

4.       Admit that you have a duty to make sure the Store was maintained in a safe condition for your invitees.

**Answer:**

*/s/ Anna M. Carroll*

Anna M. Carroll [CAR234]
Erik S. Heninger [HEN068]
Attorneys for Plaintiff

*Of Counsel:*

HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
acarroll@hgdlawfirm.com
erik@hgdlawfirm.com

**PLEASE SERVE DISCOVERY WITH SUMMONS AND COMPLAINT**



AlaFile E-Notice

01-CV-2020-904296.00

To:  ANNA MAURINE CARROLL
       acarroll@hgdlawfirm.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following complaint was FILED on 12/21/2020 2:17:44 PM

Notice Date:      12/21/2020 2:17:44 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

To:  BELK, INC.
     2 NORTH JACKSON ST.
     SUITE 605
     MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following complaint was FILED on 12/21/2020 2:17:44 PM

Notice Date:     12/21/2020 2:17:44 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2020-904296.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### JOWANNA ETHERIDGE V. BELK, INC.

**NOTICE TO:** BELK, INC., 2 NORTH JACKSON ST. SUITE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
ANNA MAURINE CARROLL ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 2224 1ST AVE NORTH, BIRMINGHAM, AL 35203 .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JOWANNA ETHERIDGE
*[Name(s)]*
pursuant to the Alabama Rules of the Civil Procedure.

| 12/21/2020 | /s/ JACQUELINE ANDERSON  SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ ANNA MAURINE CARROLL

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)* *(Name of County)*

Alabama on _____ .
*(Date)*

*(Address of Server)*

_____    _____
*(Type of Process Server)*    *(Server's Signature)*

_____

*(Server's Printed Name)*    *(Phone Number of Server)*



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
JOWANNA ETHERIDGE V. BELK, INC.

01-CV-2020-904296.00

To:   CLERK BIRMINGHAM
      clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $7.20

Parties to be served by Certified Mail - Return Receipt Requested

BELK, INC.                                          Postage: $7.20
2 NORTH JACKSON ST.
SUITE 605
MONTGOMERY, AL 36104

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BELK, INC.
2 NORTH JACKSON ST.
SUITE 605
MONTGOMERY, AL 36104

9590 9402 6310 0274 1530 93

2. Article Number (Transfer from service label)

7020 2450 0001 8608 3970

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

S/C

CV. 20. 904296

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

7020 2450 0001 8608 3970

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse so that we can return the card to you.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BELK, INC.

2 NORTH JACKSON ST.
SUITE 605

MONTGOMERY, AL 36104



9590 9402 6310 0274 1530 93

2. Article Number (Transfer from service label)

7020 2450 0001 8608 3970

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  _Jennifer Lockwood_     ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

DEC 2 8 2020

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

S/C

CV. 20. 904296

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ Mail
☐ ___ Mail Restricted Delivery
   (___00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING#

MONTGOMERY AL 360

30 DEC 2020PM 4 L

9590 9402 6310 0274 1530 93

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**



• Sender: Please print your name, address, and ZIP+4® in this box•

JACQUELINE ANDERSON SMITH, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

JAN 04 2021

JACQUELINE ANDERSON SMITH
CLERK



AlaFile E-Notice

01-CV-2020-904296.00

Judge: MARSHELL JACKSON HATCHER

To:  CARROLL ANNA MAURINE
     acarroll@hgdlawfirm.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following matter was served on 12/28/2020

**D001 BELK, INC.**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

Judge: MARSHELL JACKSON HATCHER

To: HENINGER ERIK STEPHEN
erik@hgdlawfirm.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following matter was served on 12/28/2020

**D001 BELK, INC.**

**Corresponding To**

CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

ELECTRONICALLY FILED
1/27/2021 5:21 PM
01-CV-2020-904296.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| JOWANNA ETHERIDGE, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No.: CV-2020-904296 |
| | ) |
| BELK, INC., | ) |
|     Defendant. | ) |

## ANSWER

COMES NOW Defendant Belk, Inc. and answers Plaintiff's complaint as follows:

## PARTIES

1.     Defendant lacks sufficient information to admit or deny the allegations in this paragraph, which is, therefore, denied.

2.     Admitted.

3.     This paragraph does not require a response from Defendant as it pertains to fictitious defendants. To the extent this paragraph contains allegations against this Defendant, denied.

## FACTS

4.     Admitted upon information and belief.

5.     Denied.

6.     Defendant lacks sufficient information to admit or deny the allegations in this paragraph, which is, therefore, denied.

7.     Denied.

## COUNT I – NEGLIGENCE AND WANTONNESS
### (duty to remedy, duty to warn, duty to inspect, train and supervise)

8.      Defendant adopts and re-alleges all previous paragraphs by reference as if fully set forth herein. To the extent this paragraph requires a response, denied.

9.      Denied.

10.     Denied.

11.     Denied.

12.     Denied.

13.     Denied.

14.     Denied.

15.     Denied.

16.     Denied.

17.     Denied.

18.     Denied.

Defendant denies Plaintiff is entitled to any relief requested in the unnumbered prayer for relief.

## AFFIRMATIVE DEFENSES

Defendant reserves the right to amend this answer by adding, deleting or amending defenses as may be appropriate. In further answer to the Complaint, Defendant asserts the following affirmative defenses:

1.      Defendant denies every allegation in the Complaint not specifically admitted and denies Plaintiff is entitled to any damages or recovery from Defendant in this action.

2.      Plaintiff failed to state a claim upon which relief can be granted against this Defendant.

3.      Defendant demands strict proof of the allegations in the Complaint.

4.      Defendant pleads the general issue.

5.      Defendant denies actual or constructive notice of the alleged hazard.

6.      The alleged hazard was open and obvious.

7.      Plaintiff's claim is barred by her contributory negligence.

8.      Damages allegedly incurred by Plaintiff were proximately caused by parties over whom Defendant has no control and/or for whom Defendant is not liable.

9.      No act or omission of Defendant was the proximate cause of any injury to Plaintiff.

10.     Plaintiff assumed the risk of harm.

11.     In order to avoid waiver, Defendant pleads the improper venue, *forum non conveniens*, lack of *in personam* jurisdiction, insufficiency of service of process, laches, collateral estoppel, judicial estoppel, *res judicata*, waiver, release, unclean hands, spoliation of evidence, and accord and satisfaction.

12.     Plaintiff failed to mitigate her damages.

13.     Plaintiff's alleged injuries are not the foreseeable consequence of any act or omission by or on behalf of this Defendant and are too remote and speculative to warrant a recovery against this Defendant.

14.     Plaintiff is not injured in the degree nor to the extent claimed.

15.     Defendant had no duty to warn Plaintiff.

16.     Defendant was not negligent.

17.     Plaintiff's claims are barred by the applicable statute of limitations.

18.     To the extent Plaintiff makes a claim for punitive damages, that claim is limited by the provisions of Ala. Code § 6-11-20 and § 6-11-21.

19.     To the extent Plaintiff makes a claim for punitive damages, that claim is unconstitutional pursuant to the due process clause of the Fourteenth Amendment to the United States Constitution and the Constitution of Alabama.

20.     To the extent Plaintiff makes a claim for punitive damages, this Defendant pleads all limitations to punitive damages afforded by Alabama law.

21.     Defendant reserves the right to assert that Plaintiff failed to join an indispensable party under Ala. R. Civ. P. 19.

22.     Defendant asserts that it is entitled to a set off or credit of all settlement amounts paid by any party or potential party to this lawsuit pursuant to *William v. Colquitt*, 133 So. 2d 364 (Ala. 1961), and its progeny.

23.     Defendant pleads all affirmative defenses available under any applicable Alabama law.

Dated: January 27, 2021                    RESPECTFULLY SUBMITTED,

                                           */s/ Brian C. Richardson*
                                           Brian C. Richardson (RIC100)
                                           Murray S. Flint (FLI009)
                                           *Attorneys for Belk, Inc.*

4

<u>OF COUNSEL</u>:
SWIFT, CURRIE, MCGHEE & HIERS, LLP
2 North 20th Street, Suite 1405
Birmingham, Alabama 35203
T: (205) 314-2404
F: (205) 244-1373
brian.richardson@swiftcurrie.com
murray.flint@swiftcurrie.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 27, 2021, the foregoing was served on the following parties by one or more of the following means in accordance with the Alabama Rules of Civil Procedure:

[✓]    AlaFile Electronic Filing
[]    Email
[]    U.S. Mail
[]    Facsimile
[]    Hand Delivery

Anna M. Carroll
Erik S. Heninger
acarroll@hgdlawfirm.com
erik@hgdlawfirm.com
*Attorneys for Plaintiff*

/s/ Brian C. Richardson
OF COUNSEL

4827-8563-9638, v. 1

6



AlaFile E-Notice

01-CV-2020-904296.00

To:   BRIAN C RICHARDSON
      brian.richardson@swiftcurrie.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following answer was FILED on 1/27/2021 5:20:55 PM

Notice Date:      1/27/2021 5:20:55 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

To:  BELK, INC. (PRO SE)
2 NORTH JACKSON ST.
SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following answer was FILED on 1/27/2021 5:20:55 PM

Notice Date:      1/27/2021 5:20:55 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

To:  CARROLL ANNA MAURINE
     acarroll@hgdlawfirm.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following answer was FILED on 1/27/2021 5:20:55 PM

Notice Date:      1/27/2021 5:20:55 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

To:  HENINGER ERIK STEPHEN
erik@hgdlawfirm.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following answer was FILED on 1/27/2021 5:20:55 PM

Notice Date:     1/27/2021 5:20:55 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

ELECTRONICALLY FILED
1/27/2021 5:23 PM
01-CV-2020-904296.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| JOWANNA ETHERIDGE, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: CV-2020-904296 |
| | ) |
| BELK, INC., | ) |
| Defendant. | ) |

### NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

PLEASE TAKE NOTICE that the following discovery documents have been served on behalf

of Defendant Belk, Inc. in the above styled cause:

1. Interrogatories to Plaintiff; and

2. Requests for Production to Plaintiff.

Dated: January 27, 2021                     RESPECTFULLY SUBMITTED,

                              */s/ Brian C. Richardson*
                              Brian C. Richardson (RIC100)
                              Murray S. Flint (FLI009)
                              *Attorneys for Belk, Inc.*

**OF COUNSEL:**
**SWIFT, CURRIE, MCGHEE & HIERS, LLP**
2 North 20th Street, Suite 1405
Birmingham, Alabama 35203
T: (205) 314-2404
F: (205) 244-1373
brian.richardson@swiftcurrie.com
murray.flint@swiftcurrie.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 27, 2021, the foregoing was served on the following parties by one or more of the following means in accordance with the Alabama Rules of Civil Procedure:

[✓]   AlaFile Electronic Filing
[]    Email
[]    U.S. Mail
[]    Facsimile
[]    Hand Delivery

Anna M. Carroll
Erik S. Heninger
acarroll@hgdlawfirm.com
erik@hgdlawfirm.com
*Attorneys for Plaintiff*

*/s/ Brian C. Richardson*
OF COUNSEL

4831-2634-1337, v. 1

ELECTRONICALLY FILED
1/27/2021 5:23 PM
01-CV-2020-904296.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE,                         )
      Plaintiff,                              )
                                      )
v.                                          )       Case No.: CV-2020-904296
                                        )
BELK, INC.,                                 )
      Defendant.                             )

## BELK, INC.'S FIRST INTERROGATORIES TO PLAINTIFF

Defendant Belk, Inc. requests Plaintiff to answer the interrogatories set forth below in writing and under oath pursuant to Ala. R. Civ. P. 33 within thirty (30) days after service of the same upon her:

## DEFINITIONS

1.      The term "accident" means the accident that is the subject of this lawsuit.

2.      The term "identify" means, with respect to any person or entity, state the name, last known address, and last known phone number.

3.      The term "person" includes a natural person, association, organization, partnership, corporation, or any other private or public entity.

4.      The terms "you" and "your" mean the person to whom these interrogatories are addressed, as well as your agents, attorneys, employees, representatives, parents, guardians, and next of friend.

## INTERROGATORIES

1.      State your correct name, address, date of birth, and Social Security number.

2.      Identify your present employer, job description, and average weekly wages at this job.

3.      Please identify your employer at the time of the occurrence made the basis of this suit.

4.      State whether you make any claim in this suit for lost wages or income and, if so, please state the amount of lost wages or income you claim and the dates that you were not able to work as result of the injuries you alleged in the complaint.

5.      State whether you contend that any of your injuries are permanent in nature and, if so, describe each injury you claim is permanent in nature and state what complaints of pain you presently have as a result of each such respective injury.

6.      Describe how this accident happened in as much detail as you can.

7.      Describe each and every injury sustained by you in the accident and state whether each injury is subsiding, remaining the same, or becoming worse.

8.      State the name and addresses of all healthcare providers who have examined or treated you for said injuries and state the name and address of each hospital, medical center, or other healthcare provider where you were seen on account of your injuries.

9.      Separately list all expenses incurred on account of your alleged injuries for doctors, hospitals, nurses, medication and any other healthcare expense and state the amount, if any, which was not paid directly by you and identify who paid that amount.

10.     State the amount of your medical bills and expenses paid for by insurance and identify the insurance company making the payment.

11.     If in the past five years you had any ailments or injuries that involved the same part of your body you claim was injured in the accident, for each state: (a) a description; (b) the

dates it began and ended; and (c) the name, address, and telephone number of each healthcare provider with whom you consulted or who examined or treated you.

12.     If at any time after the accident you sustained any new injury, re-injury or aggravation of the same part of the body you claim was injured in the accident, please state how and when that occurred and list the name, address, and telephone number of each healthcare provider with whom you consulted or who examined or treated you.

13.     State the name and address of every doctor who examined or treated you during the last five years and the name and address of any hospital, clinic, medical center or other healthcare provider where you were examined or treated during the last five years and generally state the symptoms or condition treated by each healthcare provider.

14.     If you were injured or disabled during the past five years, please identify your injuries and/or disability, state who treated you for the injuries and/or disability, and identify the person(s) or entity(ies) against whom and/or with whom any claim or demand was made.

15.     Identify everyone who witnessed the accident or the events occurring immediately before or after the accident, who made any statement at the scene of the accident, and/or who you claim has knowledge of the accident.

16.     If you used or took any alcoholic beverage, marijuana, or other drug or medication of any kind (prescription or not) within 24 hours of the accident, please identify the nature, description, and quantity of each substance used or taken.

17.     If you contend any person violated any statute, ordinance, standard, or regulation, and the violation caused or contributed to the accident, please identify that person and identify the statute, ordinance, or regulation allegedly violated.

18.     If you have any information of a dangerous condition or defect in the premises that caused the accident, please identify each condition or defect. Also, please identify each person who is a witness to, or has information about, each malfunction or defect and/or who has custody of the defective construction.

19.     Describe any condition or defect in the premises you contend contributed to the accident. That description should include a visual description, a description of the nature of the condition or defect, size, color, texture, the length of time you contend it was present, and any other information you can offer about such condition or defect.

20.     Did you walk or travel in the general area of the condition or defect you claim contributed to the accident at any time before the accident occurred? If yes, please state when were near the condition or defect, describe your movements and activities, and describe your perception of the condition or defect at that time.

21.     State the name and address of your mobile service provider, your account number, and all phone numbers associated with that account. Note: this interrogatory encompasses the time period from one month before the accident to the present.

22.     State whether you are aware of the existence of any photographs, video, audio records, drawings, diagrams, or other evidence depicting the accident, scene of the accident, and/or the plaintiff and/or the Defendants to this action. If you are aware of any such evidence, please produce it in accordance with this Defendant's request for production.

23.     State whether you have entered or been committed to any institution, either public or private, for treatment or observation for any mental conditions, narcotic addiction,

alcoholism, or disorders of any kind, state the names and addresses of each such institution and the treating physicians.

24.     Have you or any representative of you spoken with, interviewed and/or taken a statement whether written, recorded or videotaped, of any person having knowledge of this incident and/or Defendant or representative of this Defendant? If so, please identify each such individual and with regard to each such statement, please produce a copy.

25.     List all social media websites (such as Facebook, Twitter, Instagram, Pinterest, Google Plus, Blogger, and LinkedIn) for which you have a username).

26.     Identify each and every expert witness who will testify on your behalf in the trial of this case and state the opinions of such expert and the facts relied upon by the expert in formulating his or her opinion.

27.     Identify all witnesses you intend to call at the trial of this matter.

28.     Identify all exhibits you intend to introduce at the trial of this matter.

Dated: January 27, 2021                    RESPECTFULLY SUBMITTED,

                                           */s/ Brian C. Richardson*
                                           Brian C. Richardson (RIC100)
                                           Murray S. Flint (FLI009)
                                           *Attorneys for Belk, Inc.*

<u>OF COUNSEL</u>:
SWIFT, CURRIE, MCGHEE & HIERS, LLP
2 North 20th Street, Suite 1405
Birmingham, Alabama 35203
T: (205) 314-2404
F: (205) 244-1373
brian.richardson@swiftcurrie.com
murray.flint@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2021, the foregoing was served on the following parties by one or more of the following means in accordance with the Alabama Rules of Civil Procedure:

[✓]    AlaFile Electronic Filing
[]     Email
[]     U.S. Mail
[]     Facsimile
[]     Hand Delivery

Anna M. Carroll
Erik S. Heninger
acarroll@hgdlawfirm.com
erik@hgdlawfirm.com
*Attorneys for Plaintiff*

                                        */s/ Brian C. Richardson*
                                        OF COUNSEL

4827-8563-9638, v. 1

6

ELECTRONICALLY FILED
1/27/2021 5:23 PM
01-CV-2020-904296.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| JOWANNA ETHERIDGE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: CV-2020-904296 |
| | ) | |
| BELK, INC., | ) | |
| Defendant. | ) | |

### BELK, INC.'S FIRST REQUESTS FOR PRODUCTION TO PLAINTIFF

Defendants Belk, Inc. requests produce the following documents[1] as they are kept in the usual course of business or organize and label them to correspond to the categories in the request as required by Ala. R. Civ. P. 34.

1.      All medical bills you contend you incurred as a result of the accident and all related insurance claim documents.

2.      All medical records from each healthcare provider who treated or examined you for injuries resulting from the accident.

3.      All documents provided to or reviewed by or generated or created by each vocational rehabilitation consultant you saw since the accident.

4.      A list of all damages and/or expenses claimed by you in this case, including but not limited to, all medical and/or doctor bills, hospital bills, chiropractic and or rehabilitation expenses, pharmacy bills, etc., or any other claim for special damages that you claim in this case.

5.      All W-2 forms, income tax return records, invoices, checks, pay stubs, and payroll records relating to your income for the period from five years before the accident to the present.

---

[1] The term "documents" means documents or electronically stored information, including but not limited to writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations stored in any medium designated "documents" and "electronically stored information" as used in Ala. R. Civ. P 34(a), including but not limited to writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations stored in any medium.

6.     All documents which you contend support your claims for wage loss and loss of earning capacity.

7.     All photographs, videos, and diagrams or illustrations that depict any injury sustained by you as a result of the accident.

8.     All photographs, videos, and diagrams of the accident site.

9.     All documents you contend show any damage, expense, cost of pecuniary loss you claim from this defendant related to your injuries.

10.     All written or recorded statements taken of any person pertaining to the allegations in the Complaint.

11.     All documents that constitute or refer to any communication by you or on your behalf with this Defendant regarding the matters alleged in the Complaint, including but not limited to recorded statements.

12.     The call, text detail, and the text messages for all mobile devices (such as cell phones) used by you during the seven days before or the seven days after the accident.

13.     Screen shots or back-up copies of all text messages sent or received by you or anyone acting on your behalf during the seven days prior and the seven days after the accident or which relate to the accident or your injuries.

14.     All electronically stored information on any social media site for which you have a username or are a member (such as Facebook, Twitter, Pinterest, Instagram, Google Plus, Blogger, and LinkedIn). For each applicable social media site, please produce the following for the time period from six months before the accident to the present:

    a.     All photographs, wall posts, tweets, and messages.

b.  For Facebook, please produce an "enhanced archive" copy of your Facebook data. Note: Instructions on how to download an enhanced archive copy of Facebook data are attached as Exhibit A.

c.  For Blogger, please produce an exported copy of any blogs owned or created by you.  Note: Instructions on how to produce an exported copy of a Blogger blog are attached as Exhibit B.

d.  For any Google program or website, including but not limited to Google Hangout, Orkut, and Google Plus, please produce an archived copy of your Google data using Google Takeout.  Note: Instructions on how to produce an archived copy of your Google data using Google Takeout are attached as Exhibit C.

e.  For Twitter, please produce an archived copy of your Twitter data. Note: Instructions on how to request a copy of your Twitter archive are attached as Exhibit D.

15.    All written documents that relate to any claim or demand for disability or personal injury made for you during the past five years, including but not limited to all documents submitted by you in support of each such claim or demand.

16.    All documents provided to or reviewed by or generated or created by each and every expert witness who will testify on your behalf in the trial of this case.

17.    All other documents you contend support your claims against this Defendant in this case.

18.    All documents or items you intend to introduce at the trial of this case.

Dated: January 27, 2021                        RESPECTFULLY SUBMITTED,

                                               /s/ Brian C. Richardson
                                               Brian C. Richardson (RIC100)
                                               Murray S. Flint (FLI009)
                                               *Attorneys for Belk, Inc.*

OF COUNSEL:
SWIFT, CURRIE, MCGHEE & HIERS, LLP
2 North 20th Street, Suite 1405
Birmingham, Alabama 35203
T: (205) 314-2404
F: (205) 244-1373
brian.richardson@swiftcurrie.com
murray.flint@swiftcurrie.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on January 27, 2021, the foregoing was served on the following parties by one or more of the following means in accordance with the Alabama Rules of Civil Procedure:

[✔]      AlaFile Electronic Filing
[]       Email
[]       U.S. Mail
[]       Facsimile
[]       Hand Delivery

Anna M. Carroll
Erik S. Heninger
acarroll@hgdlawfirm.com
erik@hgdlawfirm.com
*Attorneys for Plaintiff*

                                                */s/ Brian C. Richardson*
                                                OF COUNSEL

4827-2590-4598, v. 1

**EXHIBIT A**

**Facebook**:  You can download your information from the [Account Settings](#) page.

1.  Click ⚙ at the top right of any Facebook page and select **Account Settings**

2.  Click **General** in the left-hand column

3.  Click on **"Download a copy** of your Facebook data"

4.  Click **Start My Archive**

**EXHIBIT B**

**Blogger**: Blogs on Blogger can be exported as files using the function "export blogs" under account settings. The link to the help site is [https://support.google.com/blogger/answer/97416?hl=en](https://support.google.com/blogger/answer/97416?hl=en), and contains the following information:

**Import and export blogs**

Imports and exports are only for posts and comments. If you want to save a copy of your template, click the **Backup/Restore** button on the **Template** tab.

The import and export features on Blogger give your content a whole new range of portability and freedom, allowing you to save a copy of your blog on your hard drive, or import your blogs into other existing blogs.

Blog tools

Blog Tools          Import blog - Export blog - Delete blog

**Export Your blog**

To export your blog, simply click "Export Blog" from the **Settings | Other** tab.

Then, click the **Export Blog** button. Your blog will be stored as a Blogger export file (.xml) file which can be kept as a backup on your hard drive or imported into another blog. Exported blogs are not deleted from your dashboard or from Blogger.com.

**Import Into an Existing Blog**

To import posts and comments into an already existing blog, go to **Settings | Other** and click on "Import blog" from the "Blog tools" section. Don't worry -- your template won't be affected by imported content. Next, choose a Blogger export file (.xml) from your hard drive and fill out the word verification beneath. By default, all of your imported posts will remain unpublished until

you publish them from your dashboard later. However, if you would rather have all posts published immediately, make sure to check the box next to **Automatically publish all imported posts** before you click **Import Blog.**

If you didn't choose to have your posts publish automatically, you'll need to manually publish them from the **Posts | Imported** tab before they will appear on the web. You can either publish all the posts at once by clicking the checkbox at the top and selecting all before clicking **Publish**, or simply checking the ones you want to publish one by one.

## EXHIBIT C

**Google**: All data from ANY Google Product can be archived from

[http://www.google.com/takeout/](http://www.google.com/takeout/), including Google Plus, Orkut, Google Hangouts, Youtube, and Google Drive. All that is required is to sign on using the Google email address connected to the account that contains the information needed from the opposing party. After signing in to Google Takeout, the opposing party merely has to select the programs that contain the data desired.

**The parts of your Google+ experience you cherish--your photos, posts, and contacts** --don't have to live **exclusively in the cloud. Using Google Takeout, you can download your data for the following Google+** products to your computer:

- ***Picasa Web albums and pho**tos*

- Your Google profile

- Google Buzz

- Google Contacts

- Stream

**You can use Google Takeout to back up your data by going to google.com/takeout** or, if you're already in **Google+, follow the steps below:**

1. Sign in to Google+ .

2. **Click your full name or email address in the Google bar.**

3. Click **Account**.

4. Click **Data liberation on the left.**

5. Select either **Download Your Data to export all of your data, or select a specific service.**

2

<u>**EXHIBIT D**</u>

**Twitter**: Twitter can be archived under account settings. The link to the help article, https://support.twitter.com/articles/20170160-downloading-your-twitter-archive, will list the following instructions:

**Downloading your Twitter archive**

Downloading your Twitter archive to allows you to browse a snapshot of your Twitter information, starting with your first Tweet.

To download and view your Twitter archive:

1. Go to your account settings by clicking on the **gear icon** at the top right of the page and selecting **Settings** from the drop-down menu.

2. Click **Request your archive**.

3. When your download is ready, we'll send an email with a download link to the confirmed email address associated with your Twitter account.

4. Once you receive the email, click the **Go now** button to download a .zip file of your Twitter archive.

5. Unzip the file and click **index.html** to view your archive in the browser of your choice.

**Please note:** It may take a few days for us to prepare the download of your Twitter archive.



AlaFile E-Notice

01-CV-2020-904296.00

To:   BRIAN C RICHARDSON
      brian.richardson@swiftcurrie.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following discovery was FILED on 1/27/2021 5:23:25 PM

Notice Date:      1/27/2021 5:23:25 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

To:  CARROLL ANNA MAURINE
acarroll@hgdlawfirm.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following discovery was FILED on 1/27/2021 5:23:25 PM

Notice Date:      1/27/2021 5:23:25 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

To:   HENINGER ERIK STEPHEN
       erik@hgdlawfirm.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following discovery was FILED on 1/27/2021 5:23:25 PM

Notice Date:       1/27/2021 5:23:25 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

To:  FLINT MURRAY SCOTT
     murray.flint@swiftcurrie.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following discovery was FILED on 1/27/2021 5:23:25 PM

Notice Date:      1/27/2021 5:23:25 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

ELECTRONICALLY FILED
2/2/2021 2:36 PM
01-CV-2020-904296.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| JOWANNA ETHERIDGE, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No.: CV-2020-904296 |
| | ) |
| BELK, INC., | ) |
|     Defendant. | ) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

PLEASE TAKE NOTICE that the following discovery documents have been served on behalf

of Defendant Belk, Inc. in the above styled cause:

1. Requests for Admission to Plaintiff.

Dated: February 2, 2021

RESPECTFULLY SUBMITTED,

*/s/ Brian C. Richardson*
Brian C. Richardson (RIC100)
Murray S. Flint (FLI009)
*Attorneys for Belk, Inc.*

**OF COUNSEL:**
**SWIFT, CURRIE, MCGHEE & HIERS, LLP**
2 North 20th Street, Suite 1405
Birmingham, Alabama 35203
T: (205) 314-2404
F: (205) 244-1373
brian.richardson@swiftcurrie.com
murray.flint@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2021, the foregoing was served on the following parties by one or more of the following means in accordance with the Alabama Rules of Civil Procedure:

[✓]    AlaFile Electronic Filing
[]      Email
[]      U.S. Mail
[]      Facsimile
[]      Hand Delivery

Anna M. Carroll
Erik S. Heninger
acarroll@hgdlawfirm.com
erik@hgdlawfirm.com
*Attorneys for Plaintiff*

*/s/ Brian C. Richardson*
OF COUNSEL

4831-2634-1337, v. 1

ELECTRONICALLY FILED
2/2/2021 2:36 PM
01-CV-2020-904296.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE,　　　　　　　　　　 )
　　　　Plaintiff,　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　 )
v.　　　　　　　　　　　　　　　　　　　 )　　Case No.: CV-2020-904296
　　　　　　　　　　　　　　　　　　　　 )
BELK, INC.,　　　　　　　　　　　　　　 )
　　　　Defendant.　　　　　　　　　　　 )

## BELK, INC.'S REQUESTS FOR ADMISSION TO PLAINTIFF

Defendants Belk, Inc. requests Plaintiff Jowanna Etheridge to admit or deny the Requests

for Admission set forth below pursuant to Ala. R. Civ. P. 36 within thirty (30) days after service.

1.　　　Admit the photographs attached as Exhibit A to this document accurately depict

the rack that you claim caused your injuries.

2.　　　Admit the rack depicted in Exhibit A is visible.

3.　　　Admit you saw the rack before you came into contact with it.

4.　　　Admit you could have seen the rack you came into contact with if you were

looking at it.

5.　　　Admit you were not looking where you were walking at the time of the incident.

6.　　　Admit the force of your alleged impact with the rack was caused solely by the

speed with which you were moving.

7.　　　Admit you knew the Belk store had clothing racks spread throughout the

salesfloor.

Dated: February 2, 2021　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　 _/s/ Brian C. Richardson_____
　　　　　　　　　　　　　　　　　　　 Brian C. Richardson (RIC100)
　　　　　　　　　　　　　　　　　　　 Murray S. Flint (FLI009)
　　　　　　　　　　　　　　　　　　　 _Attorneys for Belk, Inc._

OF COUNSEL:
SWIFT, CURRIE, MCGHEE & HIERS, LLP
2 North 20th Street, Suite 1405
Birmingham, Alabama 35203
T: (205) 314-2404
F: (205) 244-1373
brian.richardson@swiftcurrie.com
murray.flint@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2021, the foregoing was served on the following parties by one or more of the following means in accordance with the Alabama Rules of Civil Procedure:

[✓]     AlaFile Electronic Filing
[]      Email
[]      U.S. Mail
[]      Facsimile
[]      Hand Delivery

Anna M. Carroll
Erik S. Heninger
acarroll@hgdlawfirm.com
erik@hgdlawfirm.com
*Attorneys for Plaintiff*

                                        */s/ Brian C. Richardson* _____
                                        OF COUNSEL

4811-7683-0422, v. 1

# EXHIBIT A

DOCUMENT 16



DOCUMENT 16





AlaFile E-Notice

01-CV-2020-904296.00

To:   BRIAN C RICHARDSON
      brian.richardson@swiftcurrie.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following discovery was FILED on 2/2/2021 2:36:31 PM

Notice Date:     2/2/2021 2:36:31 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

To:  CARROLL ANNA MAURINE
     acarroll@hgdlawfirm.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following discovery was FILED on 2/2/2021 2:36:31 PM

Notice Date:     2/2/2021 2:36:31 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

To:  HENINGER ERIK STEPHEN
erik@hgdlawfirm.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following discovery was FILED on 2/2/2021 2:36:31 PM

Notice Date:     2/2/2021 2:36:31 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

To:  FLINT MURRAY SCOTT
     murray.flint@swiftcurrie.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following discovery was FILED on 2/2/2021 2:36:31 PM

Notice Date:     2/2/2021 2:36:31 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

DOCUMENT 18

ELECTRONICALLY FILED
2/11/2021 12:53 PM
01-CV-2020-904296.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**

| | | |
|---|---|---|
| JOWANNA ETHERIDGE, | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. CV 20-904296 |
| v. | ) | |
| | ) | |
| BELK, INC., | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

PLEASE TAKE NOTICE that the following discovery documents have been served on behalf

of the Defendant in the above styled cause:

(✓)     Responses to Plaintiff's Requests for Admission

_____/s/ Brian C. Richardson_____
Brian C. Richardson (RIC100)
Murray S. Flint (FLI009)
*Attorneys for Belk, Inc.*

<u>OF COUNSEL</u>:
**SWIFT, CURRIE, MCGHEE & HIERS, LLP**
2 North 20th Street, Suite 1405
Birmingham, Alabama 35203
T: (205) 314-2404
F: (205) 244-1373
brian.richardson@swiftcurrie.com
murray.flint@swiftcurrie.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 11, 2021, the foregoing was served on the following parties by one or more of the following means in accordance with the Alabama Rules of Civil Procedure:

[✓]    AlaFile Electronic Filing
[]    Email
[]    U.S. Mail
[]    Facsimile
[]    Hand Delivery

Anna M. Carroll, Esquire
Erik S. Heninger, Esquire
acarroll@hgdlawfirm.com
erik@hgdlawfirm.com
*Attorneys for Plaintiff*

                                        */s/ Brian C. Richardson*
                                        OF COUNSEL

4834-5456-2524, v. 1

2



AlaFile E-Notice

01-CV-2020-904296.00

To:   BRIAN C RICHARDSON
      brian.richardson@swiftcurrie.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following discovery was FILED on 2/11/2021 12:53:20 PM

Notice Date:      2/11/2021 12:53:20 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

To:  CARROLL ANNA MAURINE
     acarroll@hgdlawfirm.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following discovery was FILED on 2/11/2021 12:53:20 PM

Notice Date:     2/11/2021 12:53:20 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

To: HENINGER ERIK STEPHEN
erik@hgdlawfirm.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following discovery was FILED on 2/11/2021 12:53:20 PM

Notice Date:     2/11/2021 12:53:20 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

To:  FLINT MURRAY SCOTT
     murray.flint@swiftcurrie.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following discovery was FILED on 2/11/2021 12:53:20 PM

Notice Date:     2/11/2021 12:53:20 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

ELECTRONICALLY FILED
2/17/2021 12:15 PM
01-CV-2020-904296.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**

| | |
|---|---|
| **JOWANNA ETHERIDGE,** | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| **v.** | )    **CIVIL ACTION NO. CV-2020-904296** |
| | ) |
| **BELK, INC., et al,** | ) |
| | ) |
| *Defendant.* | ) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

COMES NOW the Plaintiff, Jowanna Etheridge, and her undersigned counsel and hereby provides Notice of Service of the following discovery documents:

1. Plaintiff's Answers to Defendant's Interrogatories;
2. Plaintiff's Responses to Defendant's Request for Admission; and
3. Plaintiff's Responses to Defendant's Request for Production of Documents.


*/s/ Anna M. Carroll*
Anna M. Carroll (CAR234)
Erik S. Heninger (HEN068)
Attorneys for Plaintiff

*Of Counsel:*

HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
acarroll@hgdlawfirm.com
erik@hgdlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2021, the foregoing document(s) was filed with the Court using the Court's electronic filing system and/or mailed via U.S. Mail, postage pre-paid, to the following party or parties of record:

Brian C. Richardson, Esquire
Murray S. Flint, Esquire
SWIFT, CURRIE, MCGHEE & HIERS, LLP
2 North 20th Street, Suite 1405
Birmingham, Alabama 35203
*Attorneys for Belk, Inc.*

/s/Anna M. Carroll
Attorney for Plaintiff



AlaFile E-Notice

01-CV-2020-904296.00

To:  ANNA MAURINE CARROLL
     acarroll@hgdlawfirm.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following discovery was FILED on 2/17/2021 12:15:31 PM

Notice Date:     2/17/2021 12:15:31 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

To:   HENINGER ERIK STEPHEN
erik@hgdlawfirm.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following discovery was FILED on 2/17/2021 12:15:31 PM

Notice Date:      2/17/2021 12:15:31 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

To:   RICHARDSON BRIAN COREY
brian.richardson@swiftcurrie.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following discovery was FILED on 2/17/2021 12:15:31 PM

Notice Date:     2/17/2021 12:15:31 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

To:   FLINT MURRAY SCOTT
      murray.flint@swiftcurrie.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following discovery was FILED on 2/17/2021 12:15:31 PM

Notice Date:      2/17/2021 12:15:31 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

ELECTRONICALLY FILED
2/23/2021 2:18 PM
01-CV-2020-904296.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

ETHERIDGE JOWANNA,⠀⠀⠀⠀⠀⠀)
Plaintiff,⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
V.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀) Case No.:⠀⠀⠀CV-2020-904296-MJH
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
BELK, INC.,⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Defendant.⠀⠀⠀⠀⠀⠀⠀⠀⠀)

## ORDER SETTING STATUS CONFERENCE

It is hereby **ORDERED**  and **DIRECTED** as follows:

1. A STATUS CONFERENCE herein will be **CONDUCTED** by the undersigned, **_by teleconference_**, on **_Thursday, April 1, 2021 at 9:50 a.m.,_** at which time a TRIAL SCHEDULING ORDER shall be **CONSIDERED.** Any _pro se_ party and any attorney for a party **SHALL PARTICIPATE** at said time unless previously excused by the Court, or an order is entered subsequent to this instant ORDER resetting or canceling the STATUS CONFERENCE;

2. At the TIME SET in ¶ 1, the parties are **DIRECTED** to call **205-521-7315** to be connected instantly to the STATUS CONFERENCE; and

3. The parties are also **ADVISED:**

   - you should not try to call before the set time as you may call into a prior bridge call still in progress; and

   - if you are the first to call, the line will keep ringing until someone else joins the call, so do not hang up.

**DONE this 23rd day of February, 2021.**

**/s/ MARSHELL JACKSON HATCHER**
**CIRCUIT JUDGE**



AlaFile E-Notice

01-CV-2020-904296.00

Judge: MARSHELL JACKSON HATCHER

To:  CARROLL ANNA MAURINE
      acarroll@hgdlawfirm.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following matter was FILED on 2/23/2021 2:18:35 PM

Notice Date:      2/23/2021 2:18:35 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

Judge: MARSHELL JACKSON HATCHER

To:   HENINGER ERIK STEPHEN
      erik@hgdlawfirm.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following matter was FILED on 2/23/2021 2:18:35 PM

Notice Date:     2/23/2021 2:18:35 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

Judge: MARSHELL JACKSON HATCHER

To:   RICHARDSON BRIAN COREY
     brian.richardson@swiftcurrie.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following matter was FILED on 2/23/2021 2:18:35 PM

Notice Date:     2/23/2021 2:18:35 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

Judge: MARSHELL JACKSON HATCHER

To:   FLINT MURRAY SCOTT
murray.flint@swiftcurrie.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following matter was FILED on 2/23/2021 2:18:35 PM

Notice Date:     2/23/2021 2:18:35 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

ELECTRONICALLY FILED
2/25/2021 1:42 PM
01-CV-2020-904296.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE,                     )
          Plaintiff,                )
                     )      CASE NO. CV 20-904296
     v.                                     )
                     )
BELK, INC.,                            )
          Defendant.                )

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

PLEASE TAKE NOTICE that the following discovery documents have been served on behalf

of the Defendant in the above styled cause:

(✓)    Responses to Plaintiff's Interrogatories
(✓)    Responses to Plaintiff's Request for Production


                           */s/ Brian C. Richardson*
                    Brian C. Richardson (RIC100)
                    Murray S. Flint (FLI009)
                    *Attorneys for Belk, Inc.*

**OF COUNSEL:**
**SWIFT, CURRIE, MCGHEE & HIERS, LLP**
2 North 20th Street, Suite 1405
Birmingham, Alabama 35203
T: (205) 314-2404
F: (205) 244-1373
brian.richardson@swiftcurrie.com
murray.flint@swiftcurrie.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 25, 2021, the foregoing was served on the following parties by one or more of the following means in accordance with the Alabama Rules of Civil Procedure:

[✓]     AlaFile Electronic Filing
[]      Email
[]      U.S. Mail
[]      Facsimile
[]      Hand Delivery

Anna M. Carroll, Esquire
Erik S. Heninger, Esquire
acarroll@hgdlawfirm.com
erik@hgdlawfirm.com
*Attorneys for Plaintiff*

_____*/s/ Brian C. Richardson*_____
OF COUNSEL

4849-5187-5294, v. 1



AlaFile E-Notice

01-CV-2020-904296.00

To:   BRIAN C RICHARDSON
      brian.richardson@swiftcurrie.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following discovery was FILED on 2/25/2021 1:42:04 PM

Notice Date:      2/25/2021 1:42:04 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

To:   CARROLL ANNA MAURINE
       acarroll@hgdlawfirm.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following discovery was FILED on 2/25/2021 1:42:04 PM

Notice Date:      2/25/2021 1:42:04 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

To:  HENINGER ERIK STEPHEN
     erik@hgdlawfirm.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following discovery was FILED on 2/25/2021 1:42:04 PM

Notice Date:     2/25/2021 1:42:04 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-904296.00

To:   FLINT MURRAY SCOTT
      murray.flint@swiftcurrie.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JOWANNA ETHERIDGE V. BELK, INC.
01-CV-2020-904296.00

The following discovery was FILED on 2/25/2021 1:42:04 PM

Notice Date:      2/25/2021 1:42:04 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov